**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION (CHICAGO)**

REAFFIRMATION AGREEMENT

Debtor: JAMES A. CARSTENSEN
Debtor: JO L. CARSTENSEN
Creditor: Citizens Bank
Account No: 2702822285

JUDGE A. Benjamin Goldgar
Chapter 7, Bankruptcy Case No. 05-09195
Date of Petition Filing: March 15, 2005
WWR File No. 04378796
Collateral: 2004 PONTIAC BONNEVILLE

The undersigned Debtors, indebted to the above-named Creditor evidenced by a Promissory Note, Contract or Account, hereby reinstates the Promissory Note, Contract or Account.

| | |
|---|---|
| Total reaffirmed: | $ 18,633.99 |
| Monthly Payment Amount: | $ 339.84 |
| Monthly Due Date: | the 28th of each month |
| Due For: | 06/28/05 |
| Arrearages as of June 16, 2005 | $ 0.00 |

Except as expressly set forth herein, the above-mentioned indebtedness is hereby reinstated in all respects, including variable payment and interest rate provisions.

DEBTORS MAY RESCIND THIS AGREEMENT AT ANY TIME PRIOR TO DISCHARGE OR WITHIN SIXTY DAYS AFTER THE AGREEMENT IS FILED WITH THE COURT, WHICHEVER IS LATER.

If the undersigned rescind this agreement, the Creditor shall be entitled to the remedies available to it, including taking possession of its collateral, if any, and this provision shall be unaffected by any exercise of a right of rescission.

If the undersigned rescind the Reaffirmation Agreement, all payments made on this account shall be retained by the Creditor as payment to adequately protect its collateral or as voluntary payments on this account.

THE DEBTORS ARE NOT REQUIRED TO ENTER INTO THE REAFFIRMATION AGREEMENT UNDER THE BANKRUPTCY CODE, UNDER NONBANKRUPTCY LAW OR UNDER ANY OTHER AGREEMENT NOT IN ACCORDANCE WITH THE PROVISIONS OF 11 U.S.C. SECTION 524(c).

The undersigned acknowledges receipt of a copy of this agreement made this 16th day of June, 2005.

_____
Attorney for Creditor
John J. Grieger, Jr.
Weltman, Weinberg & Reis Co., L.P.A.
1419 Lake Cook Road, Suite 480
Deerflied, IL 60015
Phone: 847-940-9812, ext. 29814
jgrieger@weltman.com

_____
DEBTOR
JAMES A. CARSTENSEN

_____
DEBTOR
JO L. CARSTENSEN

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION (CHICAGO)

### DECLARATION OF COUNSEL

Debtor: JAMES A. CARSTENSEN
Debtor: JO L. CARSTENSEN
Creditor: Citizens Bank
Account No: 2702822285

JUDGE A. Benjamin Goldgar
Chapter 7, Bankruptcy Case No. 05-09195
Date of Petition Filing: March 15, 2005
WWR File No. 04378796
Collateral: 2004 PONTIAC BONNEVILLE

The undersigned, as counsel for the debtor(s) herein, and under penalties for perjury, hereby states as follows: The above Reaffirmation Agreement represents a fully informed and voluntary agreement by the Debtors, who has been fully advised of the legal effect and consequences of the Reaffirmation Agreement and any default under such Agreement. The Agreement does not impose an undue hardship upon the Debtors or dependent(s) of the Debtors.

Date: 6/20/05

David M. Siegel
Attorney for Debtor